AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WENDY GRAHAM, MARIA HÖHN, MIA MASK, CINDY SCHWARZ, AND DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated,<br>*Plaintiff(s)*<br><br>v.<br><br>VASSAR COLLEGE<br>*Defendant(s)* | Civil Action No. 23-cv-7692 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

   Vassar College
   124 Raymond Avenue,
   Poughkeepsie, NY 12604


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Rachel J. Geman<br>LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013 | Kelly M. Dermody, Anne B. Shaver,<br>& Michelle A. Lamy<br>LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 | Jessica R. Stender<br>EQUAL RIGHTS ADVOCATES<br>611 Mission Street, 4th Floor<br>San Francisco, CA 94105 |

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                       _____
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: