AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Wendy Graham, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-7692 |
| Vassar College | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vassar College                                                                                                                             .

Date:  09/12/2023

s/Matthew J. Gagnon
*Attorney's signature*

Matthew J. Gagnon - 4248019
*Printed name and bar number*
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
*Address*

mgagnon@seyfarth.com
*E-mail address*

(312) 460-5237
*Telephone number*

(312) 460-7237
*FAX number*