IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WENDY GRAHAM, MARIA HOHN MIA MASK, CINDY SCHWARZ AND DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated**, <br><br>                  Plaintiff, <br><br><br>            v. <br><br> **VASSAR COLLEGE,** <br><br>                  Defendant | Case No. 23-cv-7692 |

**DEFENDANT VASSAR COLLEGE'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Vassar College is a not-for-profit charitable corporation that has no owners and no issued stock.  Therefore, it has no parent corporation and no publicly held corporation owns more than ten percent of its stock.

2

Dated: September 12, 2023                                  Respectfully submitted,

                                                           SEYFARTH SHAW LLP


                                                           By: *s/Matthew Gagnon*
                                                           Matthew Gagnon
                                                           Seyfarth Shaw LLP
                                                           233 S. Wacker Drive
                                                           Suite 8000
                                                           Chicago, IL 60606
                                                           (312) 460-5000
                                                           (312) 460-7000 (Fax)

                                                           Maria Papasevastos
                                                           Seyfarth Shaw LLP
                                                           620 Eighth Avenue
                                                           32nd Floor
                                                           New York, NY 10018-1405
                                                           (212) 218-5576
                                                           (917) 344-1268 (Fax)

                                                           John Ayers-Mann
                                                           Seyfarth Shaw LLP
                                                           2029 Century Park East
                                                           Suite 3500
                                                           Los Angeles, CA 90067-3021
                                                           (310) 201-1513
                                                           (617) 790-5382 (Fax)

                                                           *Attorneys for Defendant*

98051872v.1