IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WENDY GRAHAM, MARIA HOHN MIA MASK, CINDY SCHWARZ AND DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated**,<br><br>Plaintiff,<br><br>v.<br><br>**VASSAR COLLEGE,**<br><br>Defendants | Case No. 23-cv-7692 |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs Wendy Graham, Maria Hohn, Mia Mask, Cindy Schwartz, and Debra Zeifman (collectively, "Plaintiffs"), and Defendant Vassar College, by and through their respective attorneys, hereby stipulate and agree as follows:

1. On August 30, 2023, Plaintiffs filed their Class Action Complaint in the above-captioned action. The Complaint was served on Defendant on September 1, 2023, making Defendant's responsive pleading due on September 22, 2023.

2. Plaintiffs hereby stipulate and agree that Defendant's time to answer, move, or otherwise respond to the Complaint is extended by three weeks, up to and including October 13, 2023.

Dated: September 12, 2023

Respectfully submitted,

| | |
|---|---|
| *s/Matthew Gagnon*<br>Matthew Gagnon<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, IL 60606<br>(312) 460-5000<br>(312) 460-7000 (Fax)<br><br>Maria Papasevastos<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>32nd Floor<br>New York, NY 10018-1405<br>(212) 218-5576<br>(917) 344-1268 (Fax)<br><br>John Ayers-Mann<br>Seyfarth Shaw LLP<br>2029 Century Park East<br>Suite 3500<br>Los Angeles, CA 90067-3021<br>(310) 201-1513<br>(617) 790-5382 (Fax)<br><br>*Attorneys for Defendant* | *s/Rachel J. Geman*<br>Rachel J. Geman<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>(212) 355-9500<br>(212) 355-9592 (Fax)<br><br>Kelly M. Dermody<br>Anne B. Shaver<br>Michelle A. Lamy<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br><br>*Attorneys for Plaintiffs* |

**SO ORDERED:**

_____
Hon. Cathy Seibel

98008842v.2

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, to be served upon the following via ECF on this 12th day of September, 2023:

>Rachel J. Geman
>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
>250 Hudson Street, 8th Floor
>New York, NY 10013
>(212) 355-9500
>(212) 355-9592 (Fax)
>
>Kelly M. Dermody
>Anne B. Shaver
>Michelle A. Lamy
>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
>275 Battery Street, 29th Floor
>San Francisco, CA 94111

>*/s/ Matthew Gagnon*
>Matthew Gagnon