AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Wendy Graham, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-7692 |
| Vassar College ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vassar College                                                                                              .

Date:     09/12/2023                                    /s/ Maria Papasevastos
                                                              *Attorney's signature*

                                                              Maria Papasevastos - 5083001
                                                              *Printed name and bar number*

                                                              Seyfarth Shaw LLP
                                                              620 Eighth Avenue, 32nd Floor
                                                              New York, NY 10018
                                                              *Address*

                                                              mpapasevastos@seyfarth.com
                                                              *E-mail address*

                                                              (212) 218-5576
                                                              *Telephone number*

                                                              (917) 344-1268
                                                              *FAX number*