UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY GRAHAM, MARIA HÖHN, MIA MASK, CINDY SCHWARZ, AND DEBRA ZEIFMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASSAR COLLEGE,<br><br>Defendant. | No. 7:23-cv-07692<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Kelly M. Dermody, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned matter.

I am a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit and Certificate of Good Standing from the Supreme Court of California pursuant to Local Rule 1.3.

Dated: September 20, 2023

Respectfully submitted,

By: /s/ Kelly M. Dermody

Kelly M. Dermody
LIEFF CABRASER
HEIMANN &
BERNSTEIN, LLP
275 Battery Street, Floor 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008