

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO,** ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Anne Brackett Shaver**

has been duly licensed and admitted to practice as an

## *ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **8th**

day of **July** A.D. **2008** and that at the date

hereof the said **Anne Brackett Shaver** is in good standing

at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **30th** day of **August** A.D. **2023**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk