UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY GRAHAM, MARIA HÖHN, MIA MASK, CINDY SCHWARZ, AND DEBRA ZEIFMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASSAR COLLEGE,<br><br>Defendant. | No. 7:23-cv-07692<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion for admission of Anne B. Shaver to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the State of California and the Bar of the State of Colorado and that her contact information is as follows:

| | |
|---|---|
| Applicant's name: | Anne B. Shaver |
| Firm name: | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| Address | 275 Battery Street, Floor 29 |
| City/State/Zip: | San Francisco, CA 94111 |
| Telephone: | (415) 956-1000 |
| Fax: | (415) 956-1008 |
| Email: | ashaver@lchb.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action; IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2023     _____
                                                                                 United States District Judge