| | |
|---|---|
| WENDY GRAHAM, MARIA HÖHN, MIA MASK, CINDY SCHWARZ, AND DEBRA ZEIFMAN on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>VASSAR COLLEGE,<br><br>    Defendant. | No. 7:23-cv-07692<br><br>**DECLARATION OF MICHELLE A. LAMY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Michelle A. Lamy, hereby declare:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, Counsel for Plaintiffs in the above-captioned action. I make these statements based on personal knowledge and would so testify if called as a witness.

2. I submit this declaration in support of the motion to admit me *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the State of California. A certificate of good standing is submitted herewith.

4. I have never been convicted of a felony or been the subject of any criminal conviction.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

7. Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2023

Respectfully submitted,

By: *Michelle Lamy*

Michelle A. Lamy
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Floor 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008