

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JESSICA STELLA RAMEY STENDER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JESSICA STELLA RAMEY STENDER, #270025 was on the 2nd day of June 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of October 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
D. Urzua, Deputy Clerk