UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY GRAHAM, MARIA HÖHN, MIA MASK, CINDY SCHWARZ, AND DEBRA ZEIFMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASSAR COLLEGE,<br><br>Defendant. | No. 7:23-cv-07692<br><br>**DECLARATION OF JESSICA STENDER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Jessica Stender, hereby declare:

1. I am an attorney at Equal Rights Advocates, Counsel for Plaintiffs in the above-captioned action. I make these statements based on personal knowledge and would so testify if called as a witness.

2. I submit this declaration in support of the motion to admit me *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the State of California. A certificate of good standing is submitted herewith.

4. I have never been convicted of a felony or been the subject of any criminal conviction.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

-1-

7. Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 19, 2023

Respectfully submitted,

By: /s/ Jessica Stender

Jessica Stender
EQUAL RIGHTS ADVOCATES
611 Mission Street, Floor 4
San Francisco, CA 94105
Telephone: (415) 575-2394
Email: jstender@equalrights.org

MONICA REYES
Notary Public - California
San Mateo County
Commission # 2382882
My Comm. Expires Nov 24, 2025

Monica Reyes
Comm Expires 11/22/2025

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of San Francisco )

On October 19th, 2023 before me, Monica Reyes, Notary Public,
(here insert name and title of the officer)

personally appeared Jessica Stender

_______________________________________________,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MONICA REYES
Notary Public - California
San Mateo County
Commission # 2382882
My Comm. Expires Nov 24, 2025

Signature Monica Reyes

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of ______________________

______________________,

containing _______ pages, and dated ______________________.

The signer(s) capacity or authority is/are as:

- ☐ Individual(s)
- ☐ Attorney-in-Fact
- ☐ Corporate Officer(s) ______________________
  Title(s)
  ______________________
- ☐ Guardian/Conservator
- ☐ Partner - Limited/General
- ☐ Trustee(s)
- ☐ Other: ______________________

representing: ______________________
Name(s) of Person(s) or Entity(ies) Signer is Representing

______________________.

### Additional Information

**Method of Signer Identification**

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _______ Entry # _______

Notary contact: ______________________

**Other**

☐ Additional Signer(s) ☐ Signer(s) Thumbprint(s)
☐ ______________________

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.