UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY GRAHAM, MARIA HÖHN, MIA MASK, CINDY SCHWARZ, AND DEBRA ZEIFMAN on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

VASSAR COLLEGE,

Defendant.

No. 7:23-cv-07692

[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The motion for admission of Jessica Stender to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the State of California and that her contact information is as follows:

| | |
|---|---|
| Applicant's name: | Jessica Stender |
| Firm name: | EQUAL RIGHTS ADVOCATES |
| Address | 611 Mission Street, Floor 4 |
| City/State/Zip: | San Francisco, CA 94105 |
| Telephone: | (415) 575-2394 |
| Email: | jstender@equalrights.org |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action; IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2023

_____
United States District Judge