November 1, 2023

**VIA ECF**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    *Graham v. Vassar College*, No. 23-cv-7692 (S.D.N.Y.)

Dear Judge Seibel:

      Pursuant to Your Honor's Individual Practice Rule 1.E, the Parties write jointly to respectfully request an extension of the pre-motion conference currently set for November 16, 2023 at 4:30 pm (ECF No. 20). This is the first request from either Party for an extension of this conference, and is made now to accommodate a scheduling conflict.

      The Parties therefore jointly request that the conference be rescheduled to November 27, 2023 at 12:45 pm or at another date and time convenient to the Court, and that Plaintiffs' response to Defendant's pre-motion conference letter (ECF No. 19) be due one week prior, on November 20, 2023.

      The Parties thank the Court for its consideration.

                                          Respectfully submitted,

| | |
|---|---|
| */s/ Michelle A. Lamy* | */s/ Matthew Gagnon* |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>415-956-1000<br>mlamy@lchb.com | SEYFARTH SHAW LLP<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, IL 60606<br>312-460-5237<br>mgagnon@seyfarth.com |
| *Attorneys for Plaintiffs and the Proposed Class* | *Attorneys for Defendant* |