IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY GRAHAM, MARIA HOHN MIA MASK, CINDY SCHWARZ AND DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASSAR COLLEGE,<br><br>Defendant | Case No. 23-cv-7692 |

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard B. Lapp, hereby move this Court for an Order for admission to practice *pro hac vice* as counsel for Defendant Vassar College ("Defendant") in the above-captioned action.

I am a member in good standing of the bar of the State of Illinois and the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached the Affidavit of Richard B. Lapp, together with **Exhibit A** annexed thereto. A proposed Order for Admission *Pro Hac Vice* on Written Motion is also filed herewith.

Dated: November 22, 2023

                SEYFARTH SHAW LLP

                By:
                */s/ Richard B. Lapp*
                Richard B. Lapp
                rlapp@seyfarth.com
                233 South Wacker Drive
                Suite 8000
                Chicago, Illinois 60606-6448
                Telephone: (312) 460-5000
                Facsimile: (312) 460-7000
                *Attorneys for Defendant Vassar College*

306210931v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023, I electronically filed the foregoing DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE, via the Court's CM/ECF system, which sent notification to all counsel of record.

*/s/ Richard B. Lapp*
Richard B. Lapp

306210931v.1