# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY GRAHAM, MARIA HOHN MIA MASK, CINDY SCHWARZ AND DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASSAR COLLEGE,<br><br>Defendant | **AFFIDAVIT OF RICHARD B. LAPP IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***<br><br>Case No. 23-cv-7692 |

RICHARD B. LAPP, ESQ., being duly sworn, deposes and says:

1.　I am a member of the bar of the State of Illinois and the State of California and an attorney in the law firm of Seyfarth Shaw LLP, resident in its Illinois office, located at 233 South Wacker Drive Suite 8000 Chicago, Illinois 60606-6448; phone number: (312) 460-5000 facsimile number: (312) 460-7000; email rlapp@seyfarth.com. Pursuant to Local Rule 1.3, I respectfully submit this affidavit in support of my application for admission *pro hac vice* to represent Vassar College ("Defendant") in the above-captioned action.

2.　I have been admitted to and am a member in good standing of the Bar of the State of Illinois (since 1985) and the State of California (since 2010). Annexed hereto as **Exhibit A** are Certificates of Good Standing from the State of Illinois and the State of California, issued within the past 30 days.

306210931v.1

3. I have not been censured, suspended, disbarred or denied admission or readmission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other Court.

4. I am not under suspension or disbarment by any Court, nor are there any pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedure, and the Local Rules of the United States District Court for the Southern District of New York.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent the Defendant in the above-captioned action in this Court.

Richard B. Lapp, Esq.

Sworn and subscribed to before
me this 21st day of November, 2023

Notary Public

BARBARA A BIENIAS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 20, 2026

*306210931v.1*