IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY GRAHAM, MARIA HOHN MIA MASK, CINDY SCHWARZ AND DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASSAR COLLEGE,<br><br>Defendant | [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*<br><br>Case No. 23-cv-7692 |

The motion of Camille A. Olson for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is member in good standing of the bar of the State of Illinois and the State of California, and that her contact information is as follows:

Camille A. Olson
233 South Wacker Drive
Suite 8000 Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000  Facsimile:  (312) 460-7000

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Vassar College ("Defendant") in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
, U.S.D.J.

306211062v.1