IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY GRAHAM, MARIA HOHN MIA MASK, CINDY SCHWARZ AND DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASSAR COLLEGE,<br><br>Defendant | AFFIDAVIT OF CAMILLE A. OLSON IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*<br><br>Case No. 23-cv-7692 |

CAMILLE A. OLSON, ESQ., being duly sworn, deposes and says:

1.    I am a member of the bar of the State of Illinois and the State of California and an attorney in the law firm of Seyfarth Shaw LLP, resident in its Illinois office, located at 233 South Wacker Drive Suite 8000 Chicago, Illinois 60606-6448; phone number: (312) 460-5000 facsimile number: (312) 460-7000; email colson@seyfarth.com. Pursuant to Local Rule 1.3, I respectfully submit this affidavit in support of my application for admission *pro hac vice* to represent Vassar College ("Defendant") in the above-captioned action.

2.    I have been admitted to and am a member in good standing of the Bar of the State of Illinois (since 1986) and the State of California (since 1983). Annexed hereto as **Exhibit A** are Certificates of Good Standing from the State of Illinois, and the State of California, issued within the past 30 days.

3. I have not been censured, suspended, disbarred or denied admission or readmission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other Court.

4. I am not under suspension or disbarment by any Court, nor are there any pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedure, and the Local Rules of the United States District Court for the Southern District of New York.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent the Defendant in the above-captioned action in this Court.

_____
Camille A. Olson, Esq.

Sworn and subscribed to before
me this 21st day of November, 2023

_____
Notary Public

BARBARA A BIENIAS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 20, 2026

306211062v.1

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Camille Annette Olson

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 01/07/1986 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of November, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### CAMILLE ANNETTE OLSON

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that CAMILLE ANNETTE OLSON, #111919, was on the 12th day of December 1983 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 21st day of November 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Gabriela Muca, Assistant Deputy Clerk*