

**Seyfarth Shaw LLP**

233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448

**T** (312) 460-5000
**F** (312) 460-7000

colson@seyfarth.com
T (312) 460-5831

www.seyfarth.com

January 12, 2024

**VIA ECF**

Hon. Cathy Seibel
United States District Judge
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** **Graham v. Vassar College, Case No. 7:23-cv-07692-CS**

Dear Judge Seibel:

      The Parties, Plaintiffs Wendy Graham, Mia Mask, Maria Hohn, Cindy Schwarz and Debra Zeifman (collectively, "Plaintiffs") and Defendant Vassar College, submit this Joint Proposal in response to the Court's Memo Endorsement dated January 2, 2023.

      Plaintiffs have determined to file a Second Amended Complaint, and the Parties have agreed to the below proposed filing dates with respect to the filing of both a Second Amended Complaint and the filing and briefing of Defendant's Motion to Dismiss:

- Plaintiffs' Second Amended Complaint to be filed by January 30, 2024;
- Defendant shall submit its Motion to Dismiss and supporting papers by February 13, 2024;
- Plaintiffs' Opposition is due on March 5, 2024; and
- Defendant's Reply is due on March 19, 2024.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Camille A. Olson*

Camille A. Olson

CC: Counsel of Record (via ECF)

307385006v.1