UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
WENDY GRAHAM, MARIA HOHN, MIA MASK, CINDY SCHWARZ and DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

  -against-

VASSAR COLLEGE,

        Defendant.

------------------------------------------------------- X

Civil Action No. 23-CV-7692

**DEFENDANT'S NOTICE OF PARTIAL MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Partial Motion to Dismiss the Second Amended Complaint, Defendant Vassar College ("Defendant") will move this Court before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at such time as may be directed by the Court pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing certain claims in the Second Amended Complaint and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Order of this Court dated January 12, 2024, opposition papers must be served and filed on or before March 5, 2024.

2

| | |
|---|---|
| Dated: Chicago, Illinois<br>February 13, 2024 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br><br>By: */s/ Camille A. Olson*<br>   Camille A. Olson (admitted *pro hac vice*)<br>   colson@seyfarth.com<br>   Richard B. Lapp (admitted *pro hac vice*)<br>   rlapp@seyfarth.com<br>   Matthew Gagnon<br>   mgagnon@seyfarth.com<br>   233 South Wacker Drive<br>   Suite 8000<br>   Chicago, Illinois  60606-6448<br>   Telephone:  (312) 460-5000<br>   Facsimile:  (312) 460-7000<br><br>   Maria Papasevastos<br>   mpapasevastos@seyfarth.com<br>   620 Eighth Avenue<br>   32nd Floor<br>   New York, NY 10018-1405<br><br>   John T. Ayers-Mann (admitted *pro hac vice*)<br>   jayers-mann@seyfarth.com<br>   2029 Century Park East<br>   Suite 3500<br>   Los Angeles, CA 90067-3021<br><br>*Attorneys for Defendant*<br>*Vassar College* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I served the foregoing document upon all counsel of record via e-mail at the below address:

>Anne B. Shaver
>Lieff Cabraser Heimann & Bernstein, LLP
>275 Battery Street, 30th Floor
>San Francisco, CA 94111-3339
>Email: ashaver@lchb.com
>
>Kelly Dermody
>Lieff Cabraser Heimann & Bernstein, LLP
>275 Battery St., 29th fl.
>San Francisco, CA 94111
>Email: kdermody@lchb.com
>
>Michelle Lamy
>Lieff Cabraser Heimann & Bernstein, LLP
>275 Battery Street, 30th Floor
>San Francisco, CA 94111-3339
>Email: mlamy@lchb.com
>
>Rachel Geman
>Lieff Cabraser Heimann & Bernstein, LLP
>250 Hudson Street, 8th Floor
>New York, NY 10013-1413
>Email: rgeman@lchb.com
>
>Jessica Stender
>Equal Rights Advocates
>611 Mission Street, Ste Floor 4
>San Francisco, CA 94105
>Email: jstender@equalrights.org

                                              */s/ Camille A. Olson*
                                                Camille A. Olson

308646342v.1