UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
WENDY GRAHAM, MARIA HOHN, MIA MASK, CINDY SCHWARZ and DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

   -against-

VASSAR COLLEGE,

                Defendant.

------------------------------------------------------- X

Civil Action No. 23-CV-7692

**DECLARATION OF MARIA PAPASEVASTOS IN SUPPORT OF DEFENDANT'S PARTIAL MOTION TO DISMISS**

      I, MARIA PAPASEVASTOS, ESQ., an attorney duly admitted to practice before this Court, hereby declare the following under penalty of perjury.

      1.      I am a member of the Bar of this Court and a member of the law firm of Seyfarth Shaw LLP, attorneys for Defendant Vassar College ("Vassar") in the above-captioned action. I submit this Declaration in support of Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. I know the facts testified to in this Declaration to be true based upon my own personal knowledge and a review of the documents.

      2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of each Plaintiffs' Response to Defendant's First Set of Interrogatories.

      3.      Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' Second Amended Complaint.

Dated: New York, New York
February 13, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Maria Papasevastos*
Maria Papasevastos
mpapasevastos@seyfarth.com
620 Eighth Avenue
32nd Floor
New York, NY 10018-1405

*Attorneys for Defendant Vassar College*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I served the foregoing document upon all counsel of record via e-mail at the below address:

>Anne B. Shaver
>Lieff Cabraser Heimann & Bernstein, LLP
>275 Battery Street, 30th Floor
>San Francisco, CA 94111-3339
>Email: ashaver@lchb.com
>
>Kelly Dermody
>Lieff Cabraser Heimann & Bernstein, LLP
>275 Battery St., 29th fl.
>San Francisco, CA 94111
>Email: kdermody@lchb.com
>
>Michelle Lamy
>Lieff Cabraser Heimann & Bernstein, LLP
>275 Battery Street, 30th Floor
>San Francisco, CA 94111-3339
>Email: mlamy@lchb.com
>
>Rachel Geman
>Lieff Cabraser Heimann & Bernstein, LLP
>250 Hudson Street, 8th Floor
>New York, NY 10013-1413
>Email: rgeman@lchb.com
>
>Jessica Stender
>Equal Rights Advocates
>611 Mission Street, Ste Floor 4
>San Francisco, CA 94105
>Email: jstender@equalrights.org

*/s/ Camille A. Olson*
Camille A. Olson

308658464v.1