AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Wendy Graham, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    23-cv-7692 |
| Vassar College | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wendy Graham, et al                                                                                                    .

Date:     02/27/2024

/s/ Jessica A. Moldovan
*Attorney's signature*

Jessica A. Moldovan -  5615943
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson St
New York, NY 10013

*Address*

jmoldovan@lchb.com
*E-mail address*

(212) 355-9500
*Telephone number*

(212) 355-9592
*FAX number*