UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Graham et al,

                                    Plaintiff(s)

**NOTICE OF COURT CONFERENCE**

-against-

7:23-CV-07692 (CS)

Vassar College,

                                    Defendant(s).
------------------------------------------------------------------------X

A Bench Ruling as to the pending motion(s) is scheduled for **August 30, 2024 at 11:45 a.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                                        /s/ Walter Clark, Courtroom Deputy

Dated:   August 14, 2024
             White Plains, New York