UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Graham et al,

                              Plaintiff(s),

                                                   Notice of Adjournment
                                                    of Court Conference
-against-

                                                   7:23-CV-07692 (CS)

Vassar College,

                              Defendant(s).
----------------------------------------------------------------X

The Bench Ruling previously scheduled before this Court for **August 30, 2024 at 11:45 a.m.** is adjourned to **September 12, 2024 at 12:00 p.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.


                                                         /s/ Walter Clark, Courtroom Deputy

Dated: August 19, 2024
       White Plains, New York