UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
WENDY GRAHAM, MARIA HOHN, MIA : Civil Action No. 23-CV-7692
MASK, CINDY SCHWARZ and DEBRA :
ZEIFMAN, on behalf of themselves and all : **MOTION TO WITHDRAW**
others similarly situated, :
 :
            Plaintiffs, :
 :
  -against- :
 :
VASSAR COLLEGE, :
 :
           Defendant. :
 :
------------------------------------------------------- X

    Pursuant to Local Rule 1.4, Attorney Matthew J. Gagnon, of the law firm Seyfarth Shaw LLP, hereby seeks leave of the Court to withdraw as counsel for Defendant Vassar College. Camille Olson, Richard Lapp, Maria Papasevastos, and John Ayers-Mann of Seyfarth Shaw LLP remains as counsel for Defendant Vassar College.

| | |
|---|---|
| DATED: August 30, 2024 | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | By: */s/ Matthew J. Gagnon*<br>Matthew J. Gagnon<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL  60606<br>(312) 460-5000<br>mgagnon@seyfarth.com |
| | *Attorneys for Defendant Vassar College* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024, I electronically filed **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

*/s/ Matthew J. Gagnon*
Matthew J. Gagnon