UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

WENDY GRAHAM, MARIA HOHN, MIA
MASK, CINDY SCHWARZ and DEBRA
ZEIFMAN, on behalf of themselves and all
others similarly situated,

               Plaintiffs,

     -against-

VASSAR COLLEGE,

              Defendant.

-------------------------------------------------------- X

Civil Action No. 23-CV-7692

**MOTION TO WITHDRAW**

       Pursuant to Local Rule 1.4, Attorney Matthew J. Gagnon, of the law firm Seyfarth Shaw

LLP, hereby seeks leave of the Court to withdraw as counsel for Defendant Vassar College.

Camille Olson, Richard Lapp, Maria Papasevastos, and John Ayers-Mann of Seyfarth Shaw LLP

remains as counsel for Defendant Vassar College.

DATED: August 30, 2024

                Respectfully submitted,

                SEYFARTH SHAW LLP

*The Clerk of Court is respectfully directed to terminate Mr. Gagnon as counsel for Defendants, and to terminate ECF No. 48.*

  SO ORDERED.

*Cathy Seibel* (signature)

8/30/24

CATHY SEIBEL, U.S.D.J.

                By: */s/ Matthew J. Gagnon*
                        Matthew J. Gagnon
                        Seyfarth Shaw LLP
                        233 S. Wacker Drive, Suite 8000
                        Chicago, IL  60606
                        (312) 460-5000
                        mgagnon@seyfarth.com

                *Attorneys for Defendant Vassar College*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 30, 2024, I electronically filed **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

*/s/ Matthew J. Gagnon*
Matthew J. Gagnon

313399102v.1