UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY GRAHAM, MARIA HÖHN, MIA MASK, CINDY SCHWARZ, AND DEBRA ZEIFMAN on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>VASSAR COLLEGE,<br><br>    Defendant. | No. 7:23-cv-07692<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Catherine Bendor, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned matter.

I am a member in good standing of the Bars of the State of New York and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit and Certificates of Good Standing from the Supreme Court of the State of New York and from the District of Columbia Court of Appeals pursuant to Local Rule 1.3.

Date: September 5, 2024

Respectfully submitted,

By: *Catherine Bendor*

Catherine Bendor
EQUAL RIGHTS ADVOCATES
611 Mission Street, Floor 4
San Francisco, CA 94105
Telephone: (771) 210-449
Email: cbendor@equalrights.org