UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Graham et al,

                        Plaintiff(s),

      v.

Vassar College,

                        Defendant(s).
-----------------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

7:23-CV-07692 (CS)

The above entitled action is referred to the Hon. Victoria Reznik, United States Magistrate Judge, for the following purposes(s):

| | | |
|---|---|---|
| __X__ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ SOCIAL SECURITY |
| ____ | DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation) | ____ SETTLEMENT |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)* <br> _____ <br> <u>Discovery Disputes</u> | ____ CONSENT UNDER 28 U.S.C. 636 (C) FOR ALL PURPOSES (including trial) |
| | | ____ CONSENT UNDER 28 U.S.C. 636 (C) FOR LIMITED PURPOSE OF <br> _____ <br> _____ |
| ____ | JURY SELECTION | |
| ____ | HABEAS CORPUS | |

Dated: September 13, 2024
          White Plains, New York

SO ORDERED.

*signature*
CATHY SEIBEL, U.S.D.J.

*Do not check if already referred for General Pre-Trial.