August 8, 2025

**VIA ECF**

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Graham et al v. Vassar College*, No. 7:23-cv-07692

Dear Judge Reznik:

The parties submit this joint status letter pursuant to the Court's Order, dated July 14, 2025 (ECF No. 78).

**Potential Mediation**.  As noted in the parties' last joint status letter, the parties have restarted discussions related to settlement.  The parties are considering a mediation date of September 25 or 26.  The parties are in the process of coming to a final agreement regarding proceeding with mediation.

**Discovery**.  The parties will continue to work collaboratively to advance discovery in tandem with their discussions regarding potential mediation to avoid delay.

**Proposed Revised Schedule**.  As requested by the parties in the last joint status letter (ECF No. 77), and granted by Your Honor (ECF No. 78), the parties seek modification of the current scheduling order (ECF No. 62) to provide that briefing on Plaintiffs' motion for class certification commence within six months of the parties' agreed upon deadline for substantial completion of their document productions.  Consistent with that request, the parties propose the following revisions to the case schedule:

| Event | Deadline |
|---|---|
| Substantial completion of parties' document productions | December 18, 2025 |
| Plaintiffs' Motion for Class Certification, together with any class expert reports | June 18, 2026 |
| Defendant's Opposition to Class Certification, together with any class expert reports | August 20, 2026 |
| Plaintiffs' Reply in Support of Class Certification, together with any rebuttal expert reports | October 22, 2026 |

The parties propose that all other dates in the scheduling order remain unchanged.

                                            Respectfully submitted,

| | |
|---|---|
| SEYFARTH SHAW LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| */s/ Maria Papasevastos* <br> Maria Papasevastos | */s/ Michelle A. Lamy* <br> Michelle A. Lamy |
| *Counsel for Defendant Vassar College* | *Counsel for Plaintiffs and Proposed Class* |