October 3, 2025

**VIA ECF**

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Graham et al v. Vassar College*, No. 7:23-cv-07692

Dear Judge Reznik:

The parties submit this joint status letter pursuant to the Court's Order, dated August 11, 2025 (ECF No. 80).

**Potential Mediation**.  As noted in the parties' last joint status letter, the parties have been engaged in discussions related to settlement. Plaintiffs have provided a renewed pre-mediation proposed settlement bracket to Defendant. Defendant is currently analyzing Plaintiffs' proposed bracket and will be providing a response as soon as possible. The parties will then come to a final agreement regarding proceeding with mediation.

**Discovery**.  The parties will continue to work collaboratively to advance discovery in tandem with their discussions regarding potential mediation to avoid delay.

                                                        Respectfully submitted,

| SEYFARTH SHAW LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| */s/ Maria Papasevastos* | */s/ Michelle A. Lamy* |
| Maria Papasevastos | Michelle A. Lamy |
| *Counsel for Defendant Vassar College* | *Counsel for Plaintiffs and Proposed Class* |