December 19, 2025

**VIA ECF**

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Graham et al v. Vassar College*, No. 7:23-cv-07692

Dear Judge Reznik:

The parties submit this joint status letter pursuant to the Court's Order, dated October 6, 2025 (ECF No. 82).

**Potential Mediation**.  As noted in the parties' last joint status letter, the parties have been engaged in discussions related to settlement. Plaintiffs have provided a renewed pre-mediation proposed settlement bracket to Defendant on September 26, 2025, and Defendant responded to Plaintiffs' proposed bracket on December 4, 2025. The parties are considering a potential mediation date before class certification is decided.

**Discovery**.  The parties have continued to work collaboratively to advance discovery in tandem with their discussions regarding potential mediation.  Since the last status report, the parties have achieved agreement on custodians, the date ranges for document collection, and the scope of employee complaints that Vassar will produce at this time.  The parties have made substantial progress on search term negotiations but some terms remain in dispute.  The parties are optimistic that they will be able to reach final agreement before the year's end; otherwise, the parties anticipate motion practice in January.  Plaintiffs made document productions on December 6 and 19, 2025, thereby substantially completing manual document productions. Plaintiffs anticipate substantially completing custodial ESI productions in the first week of January. Plaintiffs also noticed several Rule 30(b)(6) and fact witness depositions for January and February.  Vassar made document productions on January 30, 2024 and June 3, 2025.  Vassar anticipates making another production of manually collected documents this week.  However, given that the parties only just reached agreement on key discovery items, as well as their continued negotiations on the remaining disputed search terms and the anticipated total volume of electronic data to be reviewed, Vassar will require additional time to complete its document productions.

While final ESI parameters are still being negotiated, Vassar anticipates that its document productions will be produced on a rolling basis and be substantially complete by April 10, 2026. Vassar has agreed to prioritize the productions of documents from certain specific custodians identified by Plaintiffs' counsel in advance of their depositions, the dates for which have been adjusted to reflect Vassar's production timeline.  Vassar will provide Plaintiffs in early January with new potential deposition dates for the noticed depositions.  Given Vassar's estimated substantial completion date, the parties respectfully request that Your Honor amend the parties' deadline for substantial completion of document productions to April 10, 2026 with the interim production dates noted below and correspondingly move all briefing deadlines on Plaintiffs' motion for class certification in the Case Management Orders (Dkts. 62, 80) as follows:

| Event | Deadline |
|---|---|
| Substantial completion of document productions relevant to the Rule 30(b)(6) depositions | February 13, 2026 |
| Substantial completion of custodial ESI for the three preliminary fact witness depositions initially requested by Plaintiffs | March 6, 2026 |
| Substantial completion of all other custodial ESI | April 10, 2026 |
| Plaintiffs' Motion for Class Certification, together with any class expert reports, to be served on Defendant | October 2, 2026 |
| Defendant's Opposition to Class Certification, together with any class expert reports, to be served on Plaintiffs | December 4, 2026 |
| Plaintiffs' Reply in Support of Class Certification, together with any rebuttal expert reports, to be served on Defendant and all motion papers to be filed on the docket | February 5, 2027 |

The parties propose that all other dates in the scheduling order remain unchanged.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Maria Papasevastos*
Maria Papasevastos

*Counsel for Defendant Vassar College*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Jessica A. Moldovan*
Jessica A. Moldovan

*Counsel for Plaintiffs and Proposed Class*