June 30, 2026

**VIA ECF**

The Honorable Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:    *Graham v. Vassar College*, No. 23-cv-07692 (S.D.N.Y.)

Dear Judge Reznik:

The parties submit this joint status letter pursuant to the Court's Order, dated April 16, 2026 (ECF No. 91).

**Mediation**

The parties participated in a mediation on May 29, 2026, which remains open.

**Status of Discovery**

Since the last status letter, the parties have continued to make progress on document production and deposition scheduling.

**Case Schedule**

The parties propose that they provide the Court with a further update on the status of the matter in light of the above no later than July 17, 2026, at which point they anticipate they will either seek an extension or stay, depending on status.

The parties thank the Court for its consideration.

Respectfully submitted,

 */s/ Michelle Lamy*                              */s/ Maria Papasevastos*

LIEFF CABRASER HEIMANN &              SEYFARTH SHAW LLP
BERNSTEIN, LLP                              620 Eighth Avenue
275 Battery Street, 29th Floor              32nd Floor
San Francisco, CA 94111                     New York, NY 10018
415-956-1000                                212-218-5576
mlamy@lchb.com                              mpapasevastos@seyfarth.com

*Counsel for Plaintiffs and the Proposed Class*      *Counsel for Defendant*