July 17, 2026

**<u>VIA ECF</u>**

The Honorable Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    <em>Graham v. Vassar College</em>, No. 23-cv-07692 (S.D.N.Y.)

Dear Judge Reznik:

The parties submit this joint status letter pursuant to the Court's Order dated July 1, 2026 (ECF No. 93).

### <u>Mediation</u>

The parties continue to engage in productive settlement discussions following the May 29, 2026 mediation and have made substantial progress.

### <u>Status of Discovery</u>

The parties have continued to limit discovery to avoid unnecessary expense while remaining prepared to resume discovery promptly should mediation prove unsuccessful.

### <u>Case Schedule</u>

In light of the parties' progress, they respectfully request that they be permitted to provide a further status update to the Court no later than July 24, 2026. The parties anticipate that, by that date, they will either advise the Court that the matter has resolved or propose an appropriate schedule for the case.

The parties thank the Court for its consideration.

Respectfully submitted,

| | |
|---|---|
| */s Michelle A. Lamy* | */s Maria Papasevastos* |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | SEYFARTH SHAW LLP |
| 275 Battery Street, 29th Floor | 620 Eighth Avenue |
| San Francisco, CA 94111 | 32nd Floor |
| 415-956-1000 | New York, NY 10018 |
| mlamy@lchb.com | 212-218-5576 |
| | mpapasevastos@seyfarth.com |
| *Counsel for Plaintiffs and the Proposed Class* | *Counsel for Defendant* |

3547306.1