July 30, 2026

MEMO ENDORSED

**VIA ECF**

The Honorable Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Graham v. Vassar College*, No. 23-cv-07692 (S.D.N.Y.)

Dear Judge Reznik:

The parties submit this joint status letter pursuant to the Court's Order dated July 30, 2026 (ECF No. 99). The parties have reached a settlement in principle and expect to have a fully executed Memorandum of Understanding by tomorrow morning at 9:00 AM Eastern Time.

Plaintiffs will use their best efforts to submit a motion for preliminary approval of the settlement by August 10, 2026. The parties respectfully request that all case deadlines be suspended as the parties finalize the settlement.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

*/s Michelle A. Lamy*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
415-956-1000
mlamy@lchb.com

*Counsel for Plaintiffs and the Proposed Class*

*/s Maria Papasevastos*

SEYFARTH SHAW LLP
620 Eighth Avenue
32nd Floor
New York, NY 10018
212-218-5576
mpapasevastos@seyfarth.com

*Counsel for Defendant*

The Court thanks the parties for the update. The request to stay all discovery deadlines pending settlement is **GRANTED**. By **August 10, 2026**, the Court directs plaintiffs to submit either a motion for preliminary approval of the settlement or a joint status letter on same.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
Dated: 7/31/2026