**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WENDY GRAHAM, MARIA HÖHN, MIA MASK, CINDY SCHWARZ, AND DEBRA ZEIFMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASSAR COLLEGE,<br><br>Defendant. | No. 23-cv-7692<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Judge: Hon. Cathy Seibel<br><br>Complaint Filed: August 20, 2023 |

PLEASE TAKE NOTICE that Plaintiffs Wendy Graham, Maria Höhn, Mia Mask, Cindy Schwarz, and Debra Zeifman hereby move the above-captioned Court for preliminary approval of the proposed class action settlement set forth in the Settlement Agreement and provisional certification of the Settlement Class defined in the Settlement Agreement.

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Law and the evidence in support, including the Declarations of Kelly M. Dermody and Catherine Bendor and attached Exhibits; the complete files and records in this action; such argument as may be heard by the Court; and such other matters as may be called to the attention of the Court.

Dated: August 14, 2026

Respectfully submitted,

By: */s/ Kelly M. Dermody*

Kelly M. Dermody (*pro hac vice*)
Anne B. Shaver (*pro hac vice*)
Michelle A. Lamy (*pro hac vice*)
Connie C. Cheng (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Rachel J. Geman
Jessica A. Moldovan
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

Catherine Bendor (*pro hac vice*)
Jessica Stender (*pro hac vice*)
EQUAL RIGHTS ADVOCATES
611 Mission Street, 4th Floor
San Francisco, CA 94105
Telephone: (415) 575-2394

*Attorneys for Plaintiffs and the Proposed Class*